# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Emmanuel Correa-Rodriguez,<br>(A216 393 462)<br>*Defendant* | Case No. 18-277 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 22, 2018, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

_____
*Complainant's signature*
Valery Lozano,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 25, 2018

_____
*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On or about June 22, 2018, Emmanuel Correa-Rodriguez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 16, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about June 22, 2018, at or near Phoenix, in the District of Arizona, Emmanuel Correa-Rodriguez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On June 22, 2018, Emmanuel Correa-Rodriguez was encountered by Homeland Security Investigations (HSI) officers during an investigation at 5235 North 43rd Avenue, in Phoenix, Arizona. Correa-Rodriguez was examined by HSI officers who determined Correa-Rodriguez to be a citizen of Mexico, illegally present in the United States. On the same date, Correa-Rodriguez was transported to the Phoenix ICE office for further investigation and processing. Correa-Rodriguez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Emmanuel Correa-Rodriguez to be a citizen of Mexico and a previously deported criminal alien. Correa-Rodriguez was removed from the United States to Mexico through Nogales, Arizona, on or about June 16, 2018, pursuant to an order of removal issued by an immigration official. There is no record of Correa-Rodriguez in any Department of Homeland Security database to

suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Correa-Rodriguez's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Emmanuel Correa-Rodriguez in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Correa-Rodriguez presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Correa-Rodriguez entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Correa-Rodriguez's immigration history was matched to him by electronic fingerprint comparison.

5. On June 22, 2018, Emmanuel Correa-Rodriguez was advised of his constitutional rights. Correa-Rodriguez freely and willingly acknowledged his rights and declined to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about June 22, 2018, Emmanuel Correa-Rodriguez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been

previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about June 16, 2018, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on June 22, 2018, at or near Phoenix, in the District of Arizona, Emmanuel Correa-Rodriguez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me this 25th day of June, 2018.

_____
Michelle H. Burns,
United States Magistrate Judge